MEMORANDUM ENDORSEMENT

<u>Dynarex Corp. v. Farrah et al.</u>,
18 CV 7072 (VB)

In the attached letter dated June 10, 2019, defendant Richard Farrah, proceeding <u>pro se</u>, states he sent a letter regarding this matter on September 13, 2018 (a copy of which he attaches to the instant submission) and "had not realized that I had to respond to the am[]ended version until I seen your decision recently." Farrah further states, "I most certainly would like . . . my name and there false allegations cleared up as soon as practicable."

It is unclear what relief, if any, defendant Farrah requests. However, to the extent Farrah does request relief, it is DENIED.

The Court dismissed all claims against all defendants in its May 28, 2019, Opinion and Order (Doc. #67), which Farrah clearly received because he attached the first page of the Opinion and referenced it in his letter. Moreover, the Clerk entered Judgment on May 30, 2019 (Doc. #68), and closed the case the same day. Thus, Farrah's reasons for failing to respond to the amended complaint are beside the point, as is his request "clear[] up" "false allegations."

In addition, Farrah states he intends to "counter sue my former employer for numerous reasons" and is working with an attorney to do so. In the next sentence, however, Farrah states he doesn't have the financial ability or time to hire an attorney and requests the Court to "clear this matter and considered it closed."

To the extent Farrah requests an attorney to represent him, that request is also DENIED.

This case is closed, all claims have been dismissed, and Farrah has not raised any claims against anyone—nor could he without filing a separate complaint and commencing a new civil action.

1

In addition, Farah's letter is addressed to my Chambers. Farah shall address all future correspondence to the Pro Se Clerk at the following address:

>United States District Court
>Pro Se Clerk
>300 Quarropas St.
>White Plains, NY 10601

The Court may disregard any future submissions sent directly to Chambers.

The Clerk is directed to mail a copy of this Order to defendant Farah at the address on the docket.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Dated: June 19, 2019
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

6/10/19

To: Honorable Judge Vincent Briccetti.

RE: Civil Action # 7:18-CV-07072-VB.

Dear Judge Briccetti

I, am In Recent of your Recent Decision To Dismiss the allegations against Me and This Case. I did However Send a letter Regarding this Matter on Sept 13th and I had Not Realized That I had to Respond To the Ammended version until I seen your Decision Recently. I Most Certainly Would Like would like my Name and there False allegations Cleaned up As soon as possible. I also have Intention's to Counter Sue my Former Employer For Numerous Reasons which I, am working with an attorney to Do So.

In Closing your Honor as I didn't have the Financial Ability or the time to hire an attorney I would ask the Court to Close this Matter and Considered it Closed.

Sincerely
Richard Hanich

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
DYNAREX CORPORATION,
               Plaintiff,

v.

RICHARD FARRAH; DOLORES MAZZA;
PROVIMED, INC.; YITZCHAK a/k/a ISAAC
WOSNER; REBECCAH WOSNER; AMESCO
HOSPITAL SUPPLY CO.; BAYAMON
HOSPITAL; SIDRA MEDICAL SUPPLY INC.;
HECTOR OJEDA; IVAN OJEDA;
MUHAMMAD MOMEN; and JOHN DOES #1
through #10,
               Defendants.
--------------------------------------------------------------x

**OPINION AND ORDER**

18 CV 7072 (VB)

Briccetti, J.:

    Plaintiff Dynarex Corp. brings this action against (i) Richard Farrah; (ii) Dolores Mazza; (iii) Provimed, Inc., Yitzchak a/k/a Isaac Wosner, and Rebeccah Wosner (the "Wosner Defendants"); (iv) Amesco Hospital Supply Co., Bayamon Hospital, Hector Ojeda, and Ivan Ojeda (the "Ojeda Defendants"); (v) Sidra Medical Supply Inc. ("Sidra") and Muhammad Momen (the "Sidra Defendants"); and (vi) John Does #1 through #10.[1]

    Plaintiff, claiming defendants perpetrated mail and wire fraud, invokes the Racketeer Influenced Corrupt Organizations Act ("RICO"), for alleged violations of 18 U.S.C. § 1962(c) and (d). Plaintiff also brings state law claims against all defendants for fraud, unjust enrichment, misappropriation of trade secrets, conversion, fraudulent misrepresentation, civil conspiracy, and punitive damages.

---

[1] None of the Ojeda Defendants has appeared in this case. In addition, Farrah has not answered, moved, or otherwise responded to the amended complaint.

1

Richard Farrah
47 Knollwood Drive – Bethel, CT 06801

---

September 13, 2018

Honorable Judge Vincent L. Briccetti
United States District Court
300 Quarropas Street, Room 630
White Plains, NY 10601

Re: Civil Action # 7:18-CV-07072 – VB

Dear Judge Briccetti:

Please be advised I am in receipt of this civil suit against me. I would like to request an extension on this matter due to the fact that I am defending myself on a *Pro Se* basis. I do not have the financial means to pay an attorney. I need time to seek any kind of legal advice I can which will take time to respond to these allegations.

Sincerely,


Richard Farrah
Defendant

cc: Ryan Karben, Esq.